<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA BEEF, LTD., <br> a Nebraska Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED FOOD COMPANY , INC., <br> an Oklahoma Corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO 8:09-cv-107 |

DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Nebraska Beef, Ltd., makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

> If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐   Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

        If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

        If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

        If yes, identify each member of the entity and the member's state of citizenship:

        The limited partners of Nebraska Beef, Ltd., are as follows:

        Nebraska Beef, Inc.—Nebraska
        Day-Lee Foods, Inc.—California
        Timmerman & Sons Feed—Nebraska
        A B Hudson—Kansas
        The McCarthy Group, Inc.—Nebraska
        Robert Gottsch—Nebraska
        Donald Goldstein—Nebraska
        James G. Jandrain—Nebraska
        L. Goldstein—Nebraska
        NB Emp Group, LLC—Nebraska
        Michelle Roth-Kahn—Colorado

☐ This party is an unincorporated association or entity.

        If yes, identify the members of the entity and their states of citizenship:

Date: March 23, 2009        By:   /s/ Brian J. Brislen
                                             Brian J. Brislen, #22226
                                             Emily E. Brush, #23901
                                             William M. Lamson, Jr., #12374
                                             LAMSON, DUGAN and MURRAY, LLP
                                             10306 Regency Parkway Drive
                                             Omaha, NE 68114-3743
                                             Tel:  (402) 397-7300
                                             Fax: (402) 397-7824
                                             wml@ldmlaw.com
                                             bjb@ldmlaw.com
                                             eeb@ldmlaw.com

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

## CERTIFICATE OF SERVICE

   I hereby certify that on March 23, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

              /s/ Brian J. Brislen

#451119